IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| Inclusive Communities Project, | * | |
| | * | CIVIL ACTION |
| v. | * | |
| | * | No. 3:88-CV-1604-O |
| The Town of Sunnyvale, Texas | * | |
| | * | |

INCLUSIVE COMMUNITIES PROJECT'S DECLARATION
AND DOCUMENTATION OF
<u>REASONABLE AND NECESSARY EXPENSES</u>

**Table of Contents**

Declaration of Michael M. Daniel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Attorney Time and Activity Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Barasch Declaration in *SEC v. Amerifirst Funding* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Transcript cost and payment record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

State Bar printouts on attorney experience for fee awards in other cases . . . . . . . . . . . . . . . . 29

Signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Certificate of service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

**Declaration of Michael M. Daniel**

The Court's July 19, 2010 Order, Doc. No. 236, directed ICP to file affidavits and other appropriate documentation of the fees and costs it has incurred to date for the filing and prosecution of these contempt proceedings. This declaration and the attached documents are submitted in support of those ICP fees and costs.

**Summary of attorney fees and costs incurred**

The attorney fees sought include the time spent:

1. drafting the initial motion for contempt,

2. responding to the Town's motions to strike the motion and to dismiss the motion,

3. responding to the Town's opposition to the motion,

4. fulfilling the pretrial procedural requirements for the March 4, 2010 hearing,

5. preparing for the March 4, 2010 hearing,

6. at the March 4, 2010 hearing,

7. providing the additional briefing required by the Court's March 22, 2010 Order, Doc. 220, and

8. preparing for and attending the July 16, 2010 hearing.

The total attorney time for fees are sought includes 136 hours for attorney Michael M. Daniel and 104.6 hours for attorney Laura B. Beshara. A reasonable hourly rate for attorney Daniel is $350. A reasonable hourly rate for attorney Beshara is $300. These rates are based on the range of rates set for attorneys of similar qualifications and experience in fee awards in similarly complex cases in the Northern District of Texas. The total fee sought is $79,069.

ICP also seeks the recovery of $277.50 in copy costs for the ICP exhibits admitted into

evidence at the March 4, 2010 hearing and $1,225.70 for the transcript of the March 4, 2010 hearing that was used in the post-trial briefing.

The total fees and costs are $80,572.

<u>Hours for which compensation is sought</u>

The total attorney time for which fees are sought include 136 hours for attorney Michael M. Daniel and 104.6 hours for attorney Laura B. Beshara. The time and activities for these hours are set out in the Attorney Time and Activity Record attached to this declaration, pages 12 - 17. That Record is an accurate statement of the time and activity recorded by each attorney at or near the time of the activity on the day of the recorded activity.

Over one-half of the total hours, 147.5 hours, are for the period from February 19, 2010 when the Court entered the Order, Doc. No. 210, requiring submission of a joint pretrial order, witness and exhibit lists including objections and agreements to exhibits, proposed findings and conclusions, and optional trial brief by March 1, 2010 and the March 4, 2010 trial. The pretrial preparation required intensive and concentrated work within a short period of time.

The trial included direct and cross examination of three ICP witnesses and three Town witnesses, one of whom was an expert witness. The first half of the trial day was spent resolving the Town's objections to ICP's exhibits.

Twenty-five hours were spent responding to the Town's motions to strike and to dismiss ICP's motion for contempt.

There are 15 hours eliminated from the time for which fees are sought as an exercise of billing judgment. These hours are set out in Attorney Time and Activity Record attached to this declaration at page 17.

In addition, a 15% reduction in Daniel's total 160 hours was made as an exercise of billing judgment to eliminate possible duplication of effort. Page 16. ICP is represented by two attorneys.[1] Time for both attorneys is included for work on the same general matter such as drafting proposed findings and conclusions. While Daniel and Beshara split tasks and attempted to avoid duplication of effort, any collaborative effort entails the risk of both persons doing some of the same work. The reduction was made to avoid the risk.

The amount of attorney time involved is significant but not unreasonable given the Town's defenses and the work needed for the effective presentation of ICP's case.

Attorney qualifications and rates

The experience of plaintiff's counsel justifies the rate sought for each attorney. Michael M. Daniel graduated from S.M.U. Law School in May 1974. He is a member of the State Bar of Texas and is admitted to practice in the Northern, Eastern, and Southern Districts, the Fifth, Eighth, and Eleventh Circuits of the U.S. Court of Appeals, and the U.S. Supreme Court.

Daniel was employed as a staff attorney at Dallas Legal Services Foundation, Inc. from 1974 through September 1979. During this time he represented clients in a variety of state and federal court impact litigation and law reform activities. *Kamarath v. Bennett*, 568 S.W.2d 658 (Tex. 1978)(warranty of habitability); *Sims v. Century Kiest Apts.*, 567 S.W.2d 526 (Tex. Civ. App. - Dallas 1978)(retaliatory eviction illegal); *Compton v. Naylor*, 393 F.Supp. 575 (N.D. Tex. 1975)(eviction appeal procedure unconstitutional); *Jacobs v. Huie*, 447 F.Supp. 478 (N.D. Tex. 1976)(landlord lien law); *Graves v. City of Dallas,* 532 S.W.2d 106 (Tex. Civ. App. - Dallas

---

[1] Given the stakes and the complexity of the case, the use of two attorneys is not an instance of overstaffing the case. The Town is represented by five attorneys from four law firms. Defendant's Reply Brief to Plaintiff's Additional Briefing Directed by Court Order, Doc. No. 225-2, page 8.

1975) and *Bell v. Craig*, 555 S.W.2d 210 (Tex. Civ. App. - Dallas 1977)(suits requiring City to implement civilian review of police misconduct). From September 1979 until December 1980, Daniel was employed by East Texas Legal Services [ETLS] on a contract basis to engage in federal civil rights litigation and other activities on behalf of ETLS clients. Since January 1981 he has been in private practice in a small civil rights law firm.

Since 1981, Daniel has engaged in a specialized civil rights litigation practice focused primarily on voting rights, municipal services, and housing discrimination. *City of Port Arthur v. U.S. and Mosely, et al. Intervenors*, 517 F.Supp. 987 (D.D.C. 1981) *aff'd* 459 U.S. 159 (1982); *Clients Council v. Pierce*, 532 F.Supp. 563 (W.D. Ark. 1981) *rev'd and remanded* 711 F.2d 1406 (8th Cir. 1983), denial of fee award reversed and remanded 778 F.2d 518 (8th Cir. 1985); *Wooten v. Housing Authority of City of Dallas*, 723 F.2d 390 (5th Cir. 1984); *PCVO v. Terrell*, 565 F.Supp. 338 (N.D. Tex. 1983); *Stephens v. Bowie County*, 724 F.2d 424 (5th Cir. 1984); *Nisby v. Commissioners Court*, 798 F.2d 134 (5th Cir. 1986); *Walker v. HUD*, 734 F.Supp. 1231, 1272, 1289 (N.D. Tex. 1989), *Walker v. City of Mesquite*, 99 F.3d 761 (5th Cir. 1996), *Walker v. City of Mesquite*, 169 F.3d 973 (5th Cir. 1999), *cert denied,* 528 U.S. 1131 (2000); *Freeman v. City of Dallas*, 186 F.3d 601 (5th Cir. 1999), *rev'd in part*; 242 F.3d 642 (5th Cir. 2001)(en banc), *cert. denied,* 534 U.S. 817 (2001); *Thomas v. City of Dallas*, 175 F.3d 358 (5th Cir. 1999); *Young v. Pierce*, 544 F.Supp. 1010 (E.D. Tex. 1982), 628 F.Supp. 1037 (E.D. Tex. 1985), 640 F.Supp. 1476 (E.D. Tex. 1986); *Williams v. City of Dallas*, 734 F.Supp. 1317 (N.D. Tex. 1990); *Banks, et al. v. Dallas Housing Authority, et al.*, 1998 U.S. Dist. LEXIS 9082 (N.D. Tex. 1998), 119 F. Supp. 2d 636 (N.D. Tex. 2000), *affirmed,* 271 F. 3d 605 (5th Cir. 2001); *Avalon Residential Care Homes, Inc. v. City of Dallas*, 130 F.Supp.2d 833 (N.D.Tex.2000); *Villegas v. DISD*, 2003 WL

22573921 (N.D. Tex. 2003). Daniel has represented plaintiffs in numerous unreported voting rights and municipal services actions in the East Texas area as well as other civil rights and poverty law matters, including federal litigation regarding county indigent health care obligations in 1980-1982.

Laura B. Beshara graduated from S.M.U. Law School in 1991. She was an editor for the Southwestern Law Journal. She worked first as a law clerk during law school and since graduation and licensing as an attorney for Michael M. Daniel, P.C. and is now a partner in Daniel & Beshara, P.C. Ms. Beshara is licensed to practice in the Northern, Eastern, and Southern Districts of Texas, the Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

Beshara is an experienced civil rights attorney whose litigation experience includes complex civil rights federal court cases including such cases as *Cox v. City of Dallas*, 1999 U.S. Dist. LEXIS 22748 (N.D. Tex. 1999)(City liability under RCRA to homeowners for illegal solid waste landfill); *Freeman v. City of Dallas*, 186 F.3d 601 (5th Cir. 1999), *rev'd in part* 242 F.3d 642 (5th Cir. 2001)(en banc), *cert. denied* 534 U.S. 817 (2001); *Thomas v. City of Dallas*, 175 F.3d 358 (5th Cir. 1999)(demolition of housing without due process); *Burns v. City of Dallas*, 1999 U.S. Dist. LEXIS 797 (N.D. Tex. 1999)(demolition of housing without due process); *Thompson ex rel. v. Raiford, et al.*, 1998 U.S. Dist. LEXIS 2605 (N.D. Tex.1998)(national class action for EPSDT medicaid recipients for blood lead testing); *NAACP v. Commerce Housing Authority, et al.*, 1998 U.S. Dist. LEXIS 8962 (N.D. Tex. 1998)(public housing desegregation case); *West Dallas Coalition for Environmental Justice v. United States*, 2000 U.S. Dist. LEXIS 11854 (N.D. Tex 2000), 1999 U.S. Dist. LEXIS 2026 (N.D. Tex. 1999), 1998 U.S. Dist. LEXIS 19844 (N.D. Tex. 1998); *Walker v. HUD*, 99 F.3d 761 (5th Cir. 1996)(fee award); *Walker v. City*

*of Mesquite*, 129 F.3d 831 (5th Cir. 1997); *Walker v. City of Mesquite*, 169 F.3d 973 (5th Cir.

1999) *cert. denied* 528 U.S. 1131 (2000).

Daniel and Beshara's other cases include: *Arbor Bend Villas Housing, L.P. v. Tarrant

County Housing Finance Corp.,* 2002 WL 1285564, (N.D.Tex. 2002)(Fair Housing Act suit by

developer); *Ethridge v. Galveston Housing Authority, et al.,* CA G-96-404 (S. D. Tex.

1997)(class action public housing and Section 8 desegregation case); C*ox, et al. v. City of

Dallas, et al.*, 256 F.3d 281 (5th Cir. 2001)(class action on behalf of homeowners residing near

largest illegal solid waste landfill in Texas); *Miller v. City of Dallas*, 2002 U.S. Dist. LEXIS

2341 (N.D. Tex. 2002)(sufficient evidence of racial discrimination by City in zoning, flooding

practices, environmental protection, and municipal services for Cadillac Heights neighborhood

of Dallas); *Dews v. Town of Sunnyvale*, 109 F. Supp. 2d 526 (N.D. Tex. 2000) (racially

exclusionary zoning case); *Lopez v. City of Dallas, Tex.*, 2004 WL 2026804 (N.D.Tex. 2004);

and *Cox v. City of Dallas*, 2004 WL 2108253 (N.D.Tex.2004) (judgment for City) *aff'd Cox v.

City of Dallas*, 430 F.3d 734 (5th Cir. 2005); *Inclusive Communities Project v. McKinney,* 2009

WL 2590121 (E.D. Tex. 2009) (alleging Fair Housing violations through segregative practices);

*Inclusive Communities Project v. U.S. Dept. Of Housing and Urban Dev.*, 2009 WL 3446232

(N.D. Tex. 2009) (alleging discriminatory fair market rent-setting practices); *Inclusive

Communities Project v. Town of Flower Mound*, 2010 WL 2635508 (E.D. Tex. 2010) (alleging

discriminatory purpose in zoning practices, tried Jul 10-11, 2010, decision pending).

The $350 and $300 hourly rates for Daniel and Beshara requested are reasonable hourly

rates comparable to current and historical hourly rates for lawyers with the same level of ability,

competence, experience and skill in the Dallas legal community in Northern District of Texas

cases. *Sheperd v. Dallas County, TX*, 2010 WL 2573346 *1 (N.D. Tex. 2010); *Brown v. Phoenix Recovery Group*, 2009 WL 4907302 *2 (N.D. Tex. 2009); *Great American Ins. Co. v. AFS/IBEX*, 2009 WL 361956 *7 (N.D. Tex. 2009), *aff'd in part, rev'd in part, Great American Ins. Co. v. AFS/IBEX Financial Services Inc.*,  2010 WL 2853653 (5th Cir. 2010) (affirming award of attorney fees for claim against defendant, vacating award of attorney fees as consequential damages for plaintiff's litigation against third party); *HCC Aviation Ins. Group, Inc. v. Employers Reinsurance Corp.*, 2008 WL 850419 *10 (N.D. Tex. 2008); *S.E.C. v. AmeriFirst Funding, Inc.*, 2008 WL 2185193 *2 (N.D. Tex. 2008); *Synthes Spine Co., L.P. v. Potential Medical Services I, LLC*, 2008 WL 4392218 at *3 n. 4 (N.D. Tex. 2008); *Williams v. Kaufman County*, 2004 WL 1161380 *2 (N.D. Tex. 2004); *Paris v. Dallas Airmotive, Inc.*, 2004 WL 2100227 *8 (N.D. Tex. 2004); *Thompson v. Origin Technology in Business, Inc.*, 2002 WL 1009712 *4 (N.D. Tex. 2002); *Millennium Restaurants Group, Inc. v. City of Dallas*, 2002 WL 1042117 *3 (N.D. Tex. 2002).  Daniel and Beshara received a 2005 fee award based on the respective hourly rates of $350 and $275 in *James v. City of Dallas*, 2005 WL 954999 *1 (N.D. Tex. 2005).

Plaintiffs seek a current hourly rate of $350 for Daniel and $300 for Beshara. Attorney Daniel has 36 years of legal experience. Attorney Beshara has 19 years of legal experience. The amounts awarded in recent Northern District fee litigation support the use of these rates. In *Williams v. Kaufman County*, the court found $375 an hour to be a reasonable hourly rate in the Dallas area for an attorney with 25 years legal experience in a civil rights case. *Williams*, 2004 WL 1161380 at *2.  In *Thompson v. Origin Technology in Business, Inc.*, the court found an hourly rate of $350 for a lawyer with 31 years of legal experience to be a reasonable hourly rate

for the Dallas legal community. *Thompson* at *4. In *Millennium Restaurants Group, Inc. v. City of Dallas*, the court found hourly rates of $320 to $355 reasonable rates for a lawyer with 18 years experience and for a lawyer with 30 years of experience. *Millennium Restaurants* at *3.

More recently, the North District of Texas has found rates between $185 and $535 an hour to be reasonable. In *Great American Ins. Co.,*, this court found $250 to be a reasonable hourly rate for three attorneys, with experience between 12 and 37 years. (Floyd Clardy, Linda Dedman, Elizabeth Handschuch). *Great American Ins. Co.* at *7. In *HCC Aviation Ins. Group, Inc. v. Employers Reinsurance Corp.* The court found that $325 and $475 were reasonable rates for attorneys with 20 and 25 years of experience (Richard Colquitt and William Boyce). *HCC*, 2008 WL 850419 at *10. In *Brown*, the court found $250 to be reasonable for attorneys with experience ranging from 3 years to 17 years. (Susan Landfgraf, Joshua Trigsted, Marshall Meyers). *Brown* at *2. In *Sheperd*, the court found that $300 was a reasonable hourly rate for a civil rights attorney who graduated from S.M.U. in 1991, and $350 was reasonable for a University of Texas at Austin graduate who started practicing in 1989. (Debbie Branscum and Don Tittle). *Shepherd*, 2010 WL 2573346 at *1. In *Synthes*, the court found $185 to $535 reasonable for lawyers with 13 to 16 years of experience (two of whom practice in Pennsylvania). (M. Brenk Johnson, Scott F. Cooper, Donald Gamsburg). *Synthes* at n. 4. And in *S.E.C. v. Amerifirst Funding*, the court found rates ranging between $295 and $420 a reasonable rate. *S.E.C.* at *2. The various attorneys in *S.E.C.* had between 6 and 32 years of experience. Declaration of Spencer Barasch at 4-5, pages 21 - 22 of this declaration and documentation.

A Northern District Court determined that $345 per hour was a reasonable rate for an attorney with 15 years experience. *Paris v. Dallas Airmotive, Inc.* 2004 WL 2100227 *8 (N.D.

Tex. 2004). The *Millennium Restaurants Group* court found a range of hourly rates of $275 to

$295 to be reasonable for a lawyer with only 10 years of legal experience. The *Thompson* court

found $250 per hour to be a reasonable rate for a lawyer with 14 years of legal experience.[2]

### Litigation expenses

Plaintiff also seeks to recover the costs of copying the exhibits used at the contempt

hearing and the cost of the transcript of the contempt hearing that was used in ICP's additional

briefing and reply brief. These costs are recoverable either because they are part of the costs

normally charged to a fee-paying client or pursuant to the specific authority of 28 U.S.C. § 1920.

*Associated Builders & Contractors of Louisiana, Inc. v. Orleans Parish School Bd.,* 919 F.2d

374, 380 (5th Cir.1990); 28 U.S.C. § 1920.[3]

The copy costs are for three copies of the 925 pages of ICP's exhibits 1 - 3 and 6 - 87 at

$0.10 per page. The transcript cost $1,225.70. The invoices and payment record for the transcript

are at pages 26 - 28.

### Total fees and costs it has incurred to date for the filing and prosecution of these contempt proceedings

The total fees are $79,069. The total costs are $1503.20. The total fees and costs are

$80,572.

---

[2] The relevant legal experience for the attorneys in the cases cited was determined by using the State Bar or law firm websites to obtain the year licensed for each attorney. A printout of the information is included in this declaration and documentation, pages 29 - 55.

[3] A judge or clerk of any court of the United States may tax as costs the following:
. . .

**(4)** Fees for exemplification and copies of papers necessarily obtained for use in the case;
. . . . 28 U.S.C. § 1920.                                                                                    10

I declare under penalty of perjury that the foregoing is true and correct . Executed on July 30, 2010.

s/ Michael M. Daniel
Michael M. Daniel

Attorney Time and Activity Record

| Attorney | Date | Plaintiff | Defendant | Time | Activity |
|---|---|---|---|---|---|
| mmd | 9/29/2009 | icp | sunnyvale | 0.2 | p/c Terry Morgan re whether something else could be done |
| mmd | 10/3/2009 | icp | sunnyvale | 1.3 | redrafting motion to enforce settlement to update facts, arguments |
| mmd | 10/4/2009 | icp | sunnyvale | 2.25 | redrafting motion to enforce settlement to update facts, arguments |
| lb | 10/5/2009 | ICP | Sunnyvale | 1.3 | analysis and draft motion for relief for Sunnyvale's violations of settlement stipulation |
| mmd | 10/5/2009 | icp | sunnyvale | 1.3 | redrafting motion to enforce settlement to update facts, arguments |
| lb | 10/6/2009 | ICP | Sunnyvale | 0.4 | preparation of appendix for motion for relief |
| lb | 10/7/2009 | ICP | Sunnyvale | 0.4 | preparation of appendix for motion for relief |
| lb | 10/8/2009 | ICP | Sunnyvale | 0.4 | analysis of transript of TDHCA public hearing for proposed Evergreen at Sunnyvale that was opposed by Mayor Pro Tem and residents for use in appendix for motion for relief |
| lb | 10/8/2009 | ICP | Sunnyvale | 0.2 | analysis of motion for relief and next steps for conference and filing motion |
| mmd | 10/10/2009 | icp | sunnyvale | 1 | drafting motion to enforce settlement stipulation and order |
| lb | 10/12/2009 | ICP | Sunnyvale | 0.2 | preparation of appendix in support of motion for injunctive relief |
| mmd | 10/12/2009 | icp | sunnyvale | 1.5 | drafting motion to enforce settlement stipulation and order and copy to client |
| lb | 10/14/2009 | ICP | Sunnyvale | 0.2 | final edit of draft motion for injunctive relief for conference w/ Town's attorneys by email today |
| lb | 10/20/2009 | ICP | Sunnyvale | 0.1 | analysis of T Morgan's call in response to conference on motion to enforce settlement that Sunnyvale does not think we can reopen |
| mmd | 10/20/2009 | icp | sunnyvale | 0.1 | p/c Terry Morgan on conference re motion no movement, report to client |
| lb | 10/26/2009 | ICP | Sunnyvale | 0.4 | analysis for filing motion for relief from Town's violations of settlement stipulation and order |
| mmd | 10/26/2009 | icp | sunnyvale | 0.3 | final draft of motion to enforce |
| mmd | 11/16/2009 | icp | sunnyvale | 0.1 | p/c Terry Morgan re motion to strike icp motion |
| mmd | 11/16/2009 | icp | sunnyvale | 0.75 | initial analysis of Town motion to strike for response brief and reply brief |
| mmd | 11/20/2009 | icp | sunnyvale | 2.25 | research and analysis for reply/response brief |
| mmd | 11/22/2009 | icp | sunnyvale | 1.3 | research and analysis for reply/response brief |
| lb | 11/23/2009 | ICP | Sunnyvale | 2.4 | outline response to motions to dismiss and to strike and outline reply to response to ICP motion for injunctive relief |
| mmd | 11/23/2009 | icp | sunnyvale | 2.25 | research and analysis for reply/response brief |
| mmd | 11/24/2009 | icp | sunnyvale | 6.5 | drafting, research and analysis for reply/response brief |
| mmd | 11/25/2009 | icp | sunnyvale | 4.25 | drafting, research and analysis for reply/response briefs |
| mmd | 11/27/2009 | icp | sunnyvale | 2.5 | drafting, research and analysis for reply/response briefs |
| mmd | 11/28/2009 | icp | sunnyvale | 1.3 | drafting, research and analysis for reply/response briefs |
| lb | 11/29/2009 | ICP | Sunnyvale | 0.5 | legal edit of reply to response to ICP motion for injunctive relief |
| lb | 11/29/2009 | ICP | Sunnyvale | 0.5 | legal edit of response to motion to dismiss and motion to strike |
| mmd | 11/29/2009 | icp | sunnyvale | 0.1 | drafting reply/response briefs |
| lb | 11/30/2009 | ICP | Sunnyvale | 0.5 | legal edit of reply to response to ICP motion for injunctive relief |
| mmd | 11/30/2009 | icp | sunnyvale | 3.75 | drafting reply/response briefs |

Attorney Time and Activity Record

| Attorney | Date | Plaintiff | Defendant | Time | Activity |
|---|---|---|---|---|---|
| mmd | 12/1/2009 | icp | sunnyvale | 0.2 | p/c clerk re name change, confer with morgan on drafted motion and order |
| mmd | 12/5/2009 | icp | sunnyvale | 0.2 | make change to name change motion and order and email back to Morgan |
| lb | 12/15/2009 | ICP | Sunnyvale | 0.3 | analysis of reply to ICP's response to Town's motion to dismiss and strike |
| lb | 1/4/2010 | ICP | Sunnyvale | 0.5 | analysis of notice of P&Z hearing tonight to rezone ICP's property to AHC |
| mmd | 1/4/2010 | icp | sunnyvale | 1.25 | analysis Town proposals to change zoning on ICP land |
| mmd | 1/4/2010 | icp | sunnyvale | 0.3 | emails re Town proposals to change zoning on ICP land - request to change the hearings |
| lb | 1/5/2010 | ICP | Sunnyvale | 0.4 | analysis for opposition to AHC zoning at P&Z and Town Council upcoming hearings |
| mmd | 1/5/2010 | icp | sunnyvale | 0.75 | client conference re pending re-zoning |
| lb | 1/7/2010 | ICP | Sunnyvale | 3 | analysis for preparation for hearing on enforcement motion |
| mmd | 1/19/2010 | icp | sunnyvale | 1.5 | attend Town P&Z meeting on ICP property rezoning |
| lb | 1/20/2010 | ICP | Sunnyvale | 1.5 | analysis of P&Z commission decision to recommend change land use map to UDR and conditionally change zoning map to AHC for next steps |
| lb | 2/19/2010 | ICP | Sunnyvale | 1 | analysis of Judge's order denying Town's motion to dismiss and setting hearing for next steps |
| mmd | 2/19/2010 | icp | sunnyvale | 0.4 | p/cs and emails re order denying motion to dismiss and trial setting |
| mmd | 2/19/2010 | icp | sunnyvale | 3 | analysis of evidence and preparation needed, research needed for trial |
| lb | 2/22/2010 | ICP | Sunnyvale | 3.5 | outline evidence needed for trial and begin exhibit preparation |
| lb | 2/22/2010 | ICP | Sunnyvale | 1 | analysis for proposed findings of fact and conclusions of law and for trial brief |
| mmd | 2/22/2010 | icp | sunnyvale | 0.1 | replies and emails re extensions |
| mmd | 2/22/2010 | icp | sunnyvale | 3.3 | evidence analysis for witness and exhibit choices |
| mmd | 2/22/2010 | icp | sunnyvale | 0.5 | supervise data collection and analysis for possible exhibits |
| mmd | 2/22/2010 | icp | sunnyvale | 2.5 | drafting pre-hearing documents |
| mmd | 2/22/2010 | icp | sunnyvale | 0.75 | client conference re witness and exhibit choices |
| lb | 2/23/2010 | ICP | Sunnyvale | 5 | draft proposed findings of fact and conclusions of law on violation of settlement and remedy |
| lb | 2/23/2010 | ICP | Sunnyvale | 1 | exhibit preparation for trial |
| mmd | 2/23/2010 | icp | sunnyvale | 4.5 | research and drafting proposed findings and conclusion |
| mmd | 2/23/2010 | icp | sunnyvale | 3 | evidence analysis for witness and exhibit choices |
| mmd | 2/23/2010 | icp | sunnyvale | 1.25 | supervise data collection and analysis for possible exhibits |
| mmd | 2/24/2010 | icp | sunnyvale | 1.75 | supervise exhibit preparation |
| mmd | 2/24/2010 | icp | sunnyvale | 3.5 | evidence analysis for witness and exhibit choices |
| lb | 2/25/2010 | ICP | Sunnyvale | 4.5 | exhibit preparation for trial |
| lb | 2/25/2010 | ICP | Sunnyvale | 2 | analysis for proposed findings of fact and conclusions of law and for trial brief |
| mmd | 2/25/2010 | icp | sunnyvale | 0.25 | emails re pretrial order, exhibits |
| mmd | 2/25/2010 | icp | sunnyvale | 1.3 | drafting pretrial order |
| mmd | 2/25/2010 | icp | sunnyvale | 1.25 | supervising preparation of exhibits and exhibit list |
| mmd | 2/25/2010 | icp | sunnyvale | 4.75 | research and drafting for fof/col |
| lb | 2/26/2010 | ICP | Sunnyvale | 3 | draft proposed findings of fact and conclusions of law |
| lb | 2/26/2010 | ICP | Sunnyvale | 1 | outline trial brief |
| lb | 2/26/2010 | ICP | Sunnyvale | 1 | exhibit preparation for trial |

Attorney Time and Activity Record

| Attorney | Date | Plaintiff | Defendant | Time | Activity |
|---|---|---|---|---|---|
| lb | 2/26/2010 | ICP | Sunnyvale | 0.4 | analysis for witness list |
| mmd | 2/26/2010 | icp | sunnyvale | 0.1 | p/c court re judge's copies of exhibits - binder, indexed and tabbed. |
| mmd | 2/26/2010 | icp | sunnyvale | 0.25 | supervising preparation of exhibits and exhibit list |
| mmd | 2/26/2010 | icp | sunnyvale | 5.5 | research and drafting for fof/col |
| mmd | 2/26/2010 | icp | sunnyvale | 1.3 | research and drafting based on Town's statements of issues and law for pto |
| mmd | 2/26/2010 | icp | sunnyvale | 2.25 | research based on the Town's exhibit list. |
| mmd | 2/27/2010 | icp | sunnyvale | 1 | research based on the Town's exhibit list. |
| mmd | 2/27/2010 | icp | sunnyvale | 1.25 | analysis of the Town's exhibits |
| mmd | 2/27/2010 | icp | sunnyvale | 1.3 | add exhibits to ICP list and produce to Town's attorney |
| mmd | 2/27/2010 | icp | sunnyvale | 2.3 | drafting proposed fof - density and affordability |
| lb | 2/28/2010 | ICP | Sunnyvale | 0.5 | analysis of Town's exhibits for agreement on admissibility per court's order |
| lb | 2/28/2010 | ICP | Sunnyvale | 1 | analysis of Town's additions to proposed pretrial order |
| lb | 2/28/2010 | ICP | Sunnyvale | 4 | draft proposed findings of fact and conclusions of law |
| lb | 2/28/2010 | ICP | Sunnyvale | 0.5 | research issue of power to enter remedy for contempt |
| mmd | 2/28/2010 | icp | sunnyvale | 7.25 | drafting proposed fof and col on violation and on remedy |
| mmd | 2/28/2010 | icp | sunnyvale | 0.1 | produce additional exhibits to Town Attorney |
| lb | 3/1/2010 | ICP | Sunnyvale | 1 | draft witness list |
| lb | 3/1/2010 | ICP | Sunnyvale | 1 | draft exhibit list |
| lb | 3/1/2010 | ICP | Sunnyvale | 5 | draft proposed findings of fact and conclusions of law |
| lb | 3/1/2010 | ICP | Sunnyvale | 0.5 | preparation for witness testimony |
| lb | 3/1/2010 | ICP | Sunnyvale | 0.3 | preparation of additional exhibits |
| mmd | 3/1/2010 | icp | sunnyvale | 6.25 | final drafting pretrial documents |
| mmd | 3/1/2010 | icp | sunnyvale | 0.3 | emails and p/cs with Town attorneys re pre-trial documents |
| mmd | 3/1/2010 | icp | sunnyvale | 0.25 | supervise preparation of evidence predicate material |
| lb | 3/2/2010 | ICP | Sunnyvale | 2.5 | preparation for witness testimony, preparation of direct |
| lb | 3/2/2010 | ICP | Sunnyvale | 1.5 | meeting w/ witnesses for trial preparation |
| lb | 3/2/2010 | ICP | Sunnyvale | 1 | analysis for cross examination |
| lb | 3/2/2010 | ICP | Sunnyvale | 0.2 | analysis of Town's adding of exhibit 8 and ICP to offer Town's exhibits 9, 10 |
| mmd | 3/2/2010 | icp | sunnyvale | 2.3 | witness preparation |
| mmd | 3/2/2010 | icp | sunnyvale | 1.3 | analysis of Town's findings and contentions for evidence and argument responses |
| mmd | 3/2/2010 | icp | sunnyvale | 1 | drafting opening |
| mmd | 3/2/2010 | icp | sunnyvale | 1.75 | preparing material for cross exam |
| mmd | 3/2/2010 | icp | sunnyvale | 2.5 | supervising checking of demonstrative exhibit material |
| lb | 3/3/2010 | ICP | Sunnyvale | 1 | meeting w/ witnesses for trial preparation |
| lb | 3/3/2010 | ICP | Sunnyvale | 0.5 | preparation of direct examination |
| lb | 3/3/2010 | ICP | Sunnyvale | 2 | preparation of cross examination and exhibits for use in cross examination |
| lb | 3/3/2010 | ICP | Sunnyvale | 1.5 | preparation for evidence predicates |
| lb | 3/3/2010 | ICP | Sunnyvale | 3 | preparation of opening |
| mmd | 3/3/2010 | icp | sunnyvale | 9.5 | all final prep |
| lb | 3/4/2010 | ICP | Sunnyvale | 6 | trial |
| lb | 3/4/2010 | ICP | Sunnyvale | 2.5 | trial preparation |
| mmd | 3/4/2010 | icp | sunnyvale | 8.5 | trial prep and trial |
| lb | 3/23/2010 | ICP | Sunnyvale | 3.5 | analysis of Court's opinion finding Town in contempt of settlement order and next steps for further briefing |
| mmd | 3/23/2010 | icp | sunnyvale | 1 | analysis of opinion on contempt |
| mmd | 3/23/2010 | icp | sunnyvale | 1.3 | client conference re remedy for contempt. |
| mmd | 3/24/2010 | icp | sunnyvale | 1.75 | analysis re remedy for contempt |
| mmd | 3/24/2010 | icp | sunnyvale | 0.3 | client conference re remedy for contempt. |

Attorney Time and Activity Record

| Attorney | Date | Plaintiff | Defendant | Time | Activity |
|---|---|---|---|---|---|
| lb | 3/25/2010 | ICP | Sunnyvale | 1.3 | analysis for supplemental briefing on remedy |
| lb | 3/26/2010 | ICP | Sunnyvale | 0.5 | analysis for supplemental briefing on remedy |
| mmd | 3/29/2010 | icp | sunnyvale | 0.2 | client conference re remd |
| lb | 4/2/2010 | ICP | Sunnyvale | 0.3 | analysis for supplemental briefing response on remedy needed |
| lb | 4/5/2010 | ICP | Sunnyvale | 2.3 | analysis of transcript and evidence for outlining supplemental briefing on remedy |
| mmd | 4/5/2010 | icp | sunnyvale | 1.1 | analysis of transcript for use in additional briefing |
| mmd | 4/5/2010 | icp | sunnyvale | 1.5 | drafting additional briefing - 1st question |
| lb | 4/6/2010 | ICP | Sunnyvale | 3 | analysis of transcript and evidence for outlining supplemental briefing on remedy |
| lb | 4/6/2010 | ICP | Sunnyvale | 1 | research issue of remedy for civil contempt |
| mmd | 4/6/2010 | icp | sunnyvale | 2.75 | drafting additional briefing - 1st question |
| mmd | 4/6/2010 | icp | sunnyvale | 3.5 | drafting additional briefing - 2d question taking study on density assumptions into account |
| lb | 4/7/2010 | ICP | Sunnyvale | 4 | draft supplemental brief on issue of remedy for contempt |
| mmd | 4/7/2010 | icp | sunnyvale | 5.5 | drafting additional briefing - 2d question taking study on density assumptions into account, 1st question from record |
| lb | 4/8/2010 | ICP | Sunnyvale | 4.5 | draft supplemental brief on issue of remedy for contempt |
| mmd | 4/8/2010 | icp | sunnyvale | 4.25 | drafting additional briefing - both questions |
| lb | 4/9/2010 | ICP | Sunnyvale | 2 | draft supplemental brief on issue of remedy for contempt |
| mmd | 4/9/2010 | icp | sunnyvale | 0.75 | drafting additional briefing - both questions |
| lb | 4/13/2010 | ICP | Sunnyvale | 0.4 | edit of supplemental briefing on issue of remedy for Town's contempt |
| mmd | 4/13/2010 | icp | sunnyvale | 1.3 | final drafts of additional briefing |
| mmd | 4/13/2010 | icp | sunnyvale | 0.25 | analysis of Town's additional briefing |
| lb | 4/14/2010 | ICP | Sunnyvale | 0.4 | analysis of Town's supplemental briefing |
| mmd | 4/14/2010 | icp | sunnyvale | 0.1 | email re opposition to reply briefs |
| mmd | 4/16/2010 | icp | sunnyvale | 0.75 | analysis of Town proposed reply brief for ICP reply brief |
| mmd | 4/16/2010 | icp | sunnyvale | 0.4 | drafting reply to Town reply brief |
| mmd | 4/17/2010 | icp | sunnyvale | 1.25 | drafting reply to Town reply brief |
| lb | 4/19/2010 | ICP | Sunnyvale | 0.5 | analysis for reply to Town's motion for reply to ICP's additional briefing on remedy for contempt |
| mmd | 4/19/2010 | icp | sunnyvale | 0.75 | drafting reply to Town reply brief |
| lb | 4/20/2010 | ICP | Sunnyvale | 0.2 | analysis for next steps for remedial steps |
| lb | 5/11/2010 | ICP | Sunnyvale | 0.1 | review Gary Spencer motion to withdraw from lawsuit |
| mmd | 5/11/2010 | icp | sunnyvale | 0.1 | p/c Gary Spencer re his motion to withdraw as attorney for Town |
| lb | 7/14/2010 | ICP | Sunnyvale | 3.5 | analysis and draft proposal for discussion for hearing on remedy for contempt on Friday |
| mmd | 7/14/2010 | icp | sunnyvale | 0.2 | t/c w/ Terry Morgan re hearing on Friday, proposal from ICP |
| mmd | 7/14/2010 | icp | sunnyvale | 1 | client conference re alternative for 7/16/10 argument |
| mmd | 7/14/2010 | icp | sunnyvale | 1 | drafting and analysis of alternative for 7/16/10 argument |
| lb | 7/15/2010 | ICP | Sunnyvale | 3.5 | preparation for hearing tomorrow for discussion on remedy for contempt |
| mmd | 7/15/2010 | icp | sunnyvale | 1.75 | preparation for conference with the court |
| lb | 7/16/2010 | ICP | Sunnyvale | 1.5 | preparation for and hearing per Judge's order to discuss remedy for contempt |
| mmd | 7/16/2010 | icp | sunnyvale | 2 | prep for conference with the court (1 hour) and attend hearing (1 hour) |

Attorney Time and Activity Record

| Attorney | hours | hourly rate | fee | |
|---|---|---|---|---|
| Michael M. Daniel | 160.3 | $350 | | |
| minus 15% for possible duplication of effort | -24 | | | |
| Michael M. Daniel -15% | 136 | $350 | $47,689 | |
| Laura B. Beshara | 104.6 | $300 | $31,380 | |
| Total | 241 | | $79,069 | |

Attorney Time and Activity Record

| Attorney | Date | Plaintiff | Defendant | Time | Activity |
|---|---|---|---|---|---|
| | | | | | |
| Hours not included in the total as an exercise in billing judgment in addition to 15% reduction in Daniel hours. | | | | | |
| | | | | | |
| mmd | 2/25/2008 | icp | sunnyvale | 0.5 | meeting with Gary Spencer re April 15 2008 deadline and Sunnyvale's attempts to devise plans |
| mmd | 3/26/2008 | icp | sunnyvale | 0.5 | analysis of lihtc application for elderly in sunnyvale |
| mmd | 4/10/2008 | icp | sunnyvale | 1.5 | research on options assuming Town violates settlement agreement |
| mmd | 4/11/2008 | icp | sunnyvale | 1.5 | analysis of Mayor's letter as Town's claim of compliance and draft of request for information on units the Town asserts have been identified |
| mmd | 4/16/2008 | icp | sunnyvale | 1 | draft memo for icp on sunnyvale's failure to comply with settlement agreement |
| mmd | 4/21/2008 | icp | sunnyvale | 0.5 | draft letter for compliance information, pcs re Town P&Z meeting for lihtc zoning change |
| mmd | 5/1/2008 | icp | sunnyvale | 1 | preliminary analysis of Town response to request for information, discussion with Betsy about response. |
| mmd | 5/2/2008 | icp | sunnyvale | 1.5 | drafting response to Terry Morgan's April 30, 2008 letter |
| mmd | 2/20/2010 | icp | sunnyvale | 3.25 | analysis of AHC for evidence of purpose, analysis of proposed remedies - 15 du/acre, other alternatives |
| mmd | 2/21/2010 | icp | sunnyvale | 3.75 | analysis of AHC for evidence of purpose, analysis of proposed remedies - 15 du/acre, other alternatives |
| | | | | 15 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. |
| | § | 3:07-CV-1188-D |
| AMERIFIRST FUNDING, INC. aka AMERI-FIRST | § | |
| FUNDING, INC. aka AMERI FIRST FUNDING, | § | |
| INC., AMERIFIRST ACCEPTANCE CORP., | § | |
| JEFFREY C. BRUTEYN, DENNIS W. BOWDEN, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and, | § | |
| | § | |
| AMERICAN EAGLE ACCEPTANCE CORP., | § | |
| HESS FINANCIAL CORP., INTERFINANCIAL | § | |
| HOLDINGS CORP., HESS INTERNATIONAL | § | |
| PROPERTIES, LLC, HESS INTERNATIONAL | § | |
| INVESTMENTS, S.A., UNITED FINANCIAL | § | |
| MARKETS, INC. AND GERALD KINGSTON | § | |
| | § | |
| Relief Defendants. | § | |

## DECLARATION OF SPENCER C. BARASCH

My name is Spencer C. Barasch. I am over 21 years old and have never been convicted of a crime. The information contained in this Declaration is based upon my personal knowledge.

1.    I am a partner with the law firm of Andrews Kurth LLP and lead the firm's Corporate Compliance, Investigations and Defense ("CCID") practice group. I was admitted to practice in the District of Columbia in 1984 and in Texas in 1994. Prior to joining Andrews Kurth in 2005, I was an attorney with the U.S. Securities and Exchange

Commission ("SEC") for 17 years.  At the SEC, I served in a variety of positions in the

agency's Fort Worth and Miami offices, including Trial Counsel.  In my last seven years

with the SEC (1998 until joining Andrews Kurth in 2005), I was the Associate Director

of the SEC's Fort Worth office, where I led the SEC's enforcement program for the

Southwest.   During my tenure at the SEC, I was the principal SEC attorney on

approximately five receiverships and had overall responsibility for more than 50

receiverships.  I am familiar with the reasonable and customary fees charged by attorneys

in matters of this type.

2. William Brown of Weaver & Tidwell, LLP was appointed by the Court on

July 2, 2007 to serve as Receiver in this case.  Mr. Brown retained Andrews Kurth to

represent him in connection with his duties and responsibilities as Receiver.  I am the

lead attorney for Andrews Kurth on this matter.

3. The services performed by Andrews Kurth from January 1, 2008 through

February 29, 2008 are detailed in the Andrews Kurth invoices attached to this

Declaration. Andrews Kurth invoice number 10394104 detailing work as of January 31,

2008 is attached hereto as Exhibit "A" and invoice number 10401250 detailing work as

of February 29, 2008 is attached here to as Exhibit "B."

4. Andrews Kurth has also been retained by the Receiver on behalf of

Amerifirst Funding in an ongoing arbitration matter against Clay Cooley Enterprises.

The invoices related to the arbitration matter are attached as well.  Andrews Kurth

invoice number 10394098 detailing work as of January 31, 2008 is attached hereto as

Exhibit "C" and invoice number 10401251 detailing work as of February 29, 2008 is attached hereto as Exhibit "D."

5.   Additionally, Andrews Kurth has been retained by the receiver to prosecute an action against Ronald and Lois Whitcraft to recover title to the Lakewood Boulevard residence used by Jeffrey Bruteyn.   One invoice has been generated related to the Whitcraft litigation, invoice number 10401252, detailing work as of February 29, 2008, which is attached hereto as Exhibit "E."

6.   Each of the Andrews Kurth invoices attached hereto have been redacted as necessary to protect privileged information.   These invoices are submitted contemporaneously with the Receiver's Partially Unopposed Fourth Application for Payment of Professional Fees and Expenses.

7.   Andrews Kurth has discounted its standard rates on this matter.  The rates for all attorneys (both partners and associates) who have performed work on this matter have been reduced by amounts ranging from 10% to 20%.  For work billed in January 2008, Andrews Kurth applied its 2007 rates, discounted for this matter.  Below is a list of attorneys who billed time to this matter in January 1, 2008, along with that attorney's 2007 standard billing rate and the discounted rate for this matter.[1]

| Attorney | 2007 Standard Hourly Rate | 2007 Discounted Hourly Rate |
|---|---|---|
| Spencer Barasch (Partner) | $525 | $420 |

---

[1]   The table does not include attorneys who have worked a *de mimimis* amount (approximately two hours or less) on this matter; however, the rates for each of them have been similarly discounted.

Declaration of Spencer Barasch - Page 3

| | | |
|---|---|---|
| Kathleen Wu (Partner) | $530 | $420 |
| Joe Holzer (Partner) | $490 | $420 |
| Monica Blacker (Counsel) | $475 | $400 |
| Darla Roden (Counsel) | $395 | $355 |
| Lori Smith (Associate) | $390 | $350 |
| Suzanne Campbell (Associate) | $345 | $310 |
| Mark Shoffner (Associate) | $325 | $295 |
| Ashley Martzen (Associate) | $210 | $190 |

8.     In accordance with its standard practice, Andrews Kurth introduced new billing rates for its professionals in 2008.   In an effort to best serve the Receivership Estate, Andrews Kurth did not raise the billing rates of its partners to the 2008 standard rates, providing discounts of more than 25% on partners' rates.   Andrews Kurth associate billing rates were adjusted based on the 2008 standard rates beginning with the February 2008 invoice.   The Andrews Kurth associate rates are discounted from 10% to 20% off of the 2008 standard rates.

| Attorney | Standard Hourly Rate 2008 | Discounted Hourly Rate 2008 |
|---|---|---|
| Spencer Barasch (Partner) | $580 | $420 |
| Kathleen Wu (Partner) | $585 | $420 |
| Joe Holzer (Partner) | $540 | $420 |
| Monica Blacker (Counsel) | $525 | $420 |

| | | |
|---|---|---|
| Darla Roden (Counsel) | $475 | $400 |
| Lori Smith (Associate) | $475 | $400 |
| Suzanne Campbell (Associate) | $425 | $380 |
| Mark Shoffner (Associate) | $375 | $330 |
| Ashley Martzen (Associate) | $250 | $225 |
| Sara Broach (Associate) | $250 | $225 |

Attached to this Declaration as Exhibit "F" are the biographies for each attorney listed above. Other attorneys and paralegals may from time to time serve the Receiver in connection with the matters herein described.

9.     The discounted hourly rates set forth above are set at a level designed to compensate the firm fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses – while taking into account the fact that this case was filed by the SEC in the public interest and, in part, to help compensate victims of an egregious securities scam. Such rates and rate increases are normal and customary in this market for lawyers and paralegals with the same level of experience and expertise at comparable law firms in Texas and in this District. The hourly rates charged are reasonable rates for this case, given the time and labor required, the novelty and difficulty of the questions involved, the skill required to perform the legal services properly, the likelihood that the acceptance of the particular employment will preclude other employment by the lawyers, the fee customarily charged in the locality for similar legal services, the amount at stake and the result obtained, the time limitations imposed by the client or by the

**Declaration of Spencer Barasch** - Page 5

circumstances, the nature and length of the professional relationship with the client, and the experience, reputation, and ability of the lawyers performing the services.

10.    It is the firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier tolls, express mail and mass mail postage charges, special or hand-delivery charges, photocopying charges, travel expenses, expenses for computerized research, transcription costs, as well as non-ordinary overhead expenses. Andrews Kurth charges the Receiver for these expenses in a manner and at rates consistent with charges made generally to Andrews Kurth's other clients and consistent with normal practices within this District.

11.    The amount billed for the legal services rendered on behalf of the Receiver by Andrews Kurth from January 1, 2008 through February 29, 2008 totals $281,391.00. This amount was calculated by taking the time billed to the Receiver for each task performed in connection with this case multiplied by the adjusted hourly rate for the attorney or paralegal who performed the task. The amount billed for Andrews Kurth's expenses relating to its representation of the Receiver from January 1, 2008 through February 29, 2008 totals $21,821.67. I have reviewed Andrews Kurth's invoices to the Receiver for work and expenses performed from January 1, 2008 through February 29, 2008 that are attached as Exhibits "A," "B," "C," "D," and "E." Based on my experience and knowledge of this matter, the amounts charged to the Receiver by Andrews Kurth for work and expenses from January 1, 2008 through February 29, 2008 are reasonable and

necessary to properly represent the Receiver in connection with the fulfillment of his duties.

12.     In addition to Anderws Kurth, the Receiver also retained local counsel to assist with matters related to the Receivership in other jurisdictions. The firm of Schnader, Harrison, Segal & Lewis LLP assisted with filings in the Eastern District of Pennsylvania and aided Andrews Kurth LLP in connection with the lawsuit against the Whitcrafts. Schnader, Harrison has submitted invoice numbers 2226226 and 2231124, attached hereto in redacted form as Exhibit "G," and its unpaid fees and expenses through February 29, 2008 total $1,011.94.

13.     The Receiver also retained the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP to assist with filings in the Northern, Southern, and Middle Districts of Florida. Wilson, Elser has submitted invoice number 1443202, attached hereto in redacted form as Exhibit "H," and its unpaid fees and expenses through February 20, 2008 total $168.00.

14.     The Receiver also retained the firm of Jameson and Dunagan, P.C. as special counsel to assist the Receiver with issues related to operating the used car lots, repossessing collateral, and selling automobiles. Jameson & Dunagan submitted invoice numbers 977329, 977612, and 977756, attached hereto in redacted form as Exhibit "I," and its fees and expenses through February 29, 2008 are $4,590.53.

15.    I have reviewed Exhibits "G," "H" and "I" and, in my opinion and based on my experience and knowledge of prevailing rates in Texas and in various other part of the United States, the fees charged by Schnader Harrison ($1,011.94), Wilson Elser ($168.00) and Jameson and Dugan ($4,590.53) were reasonable rates for the Philadelphia-area, Florida, and for the car note collection work, respectively, and the work performed was reasonable and necessary to properly assist the Receiver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May  5, 2008.

Spencer C. Barasch

**DANIEL & BESHARA, PC**
3301 ELM STREET
DALLAS, TX 75226
(214) 939-9230

JPMORGAN CHASE BANK, NA
DALLAS, TX 75201
32-61/1110

6714

4/5/2010

PAY TO THE ORDER OF ___ DFW Court Reporting, Inc. _____   $ **1,225.70

One Thousand Two Hundred Twenty-Five and 70/100********************************************************************************DOLLARS

DFW Court Reporting, Inc.
4621 S. Cooper, #131-184
Arlington, TX  76017

**COPY NOT NEGOTIABLE** MP

MEMO   ICP v. Sunnyvale; Case No. 3:88-cv-1604

---

DANIEL & BESHARA, PC                                                       6714

DFW Court Reporting, Inc.                                    4/5/2010
Court Rpt:Crt Rpt depo            copy of transcript - 3/4/10                1,225.70

Chase                    ICP v. Sunnyvale; Case No. 3:88-cv-1604                1,225.70

DANIEL & BESHARA, PC                                                       6714

DFW Court Reporting, Inc.                                    4/5/2010
Court Rpt:Crt Rpt depo            copy of transcript - 3/4/10                1,225.70

PAYMENT RECORD

Chase                    ICP v. Sunnyvale; Case No. 3:88-cv-1604                1,225.70



| AO 44<br>(Rev. 7/95) | **UNITED STATES DISTRICT COURT** | | |
|---|---|---|---|

For the _____ Northern _____ District of _____ Texas - Dallas Division _____

| **INVOICE** | NUMBER |
|---|---|
| | 10-021 |

| **TO:**<br>Mr. Michael M. Daniel<br>Daniel & Beshara, P.C.<br>3301 Elm Street<br>Dallas, Texas 75226<br><br>PHONE: 214.939.9230 | **NOTE**<br>**MAKE CHECK PAYABLE TO:**<br>DFW Court Reporting, Inc.<br>Tax ID No. 20-3290159<br>4621 S. Cooper, #131-184<br>Arlington, Texas 76017<br>PHONE: 214.642.7267 - Debbie Saenz |
|---|---|

### TRANSCRIPTS

| CRIMINAL | X CIVIL | DATE ORDERED<br>March 23, 2010 | DATE DELIVERED<br>April 2, 2010 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
No. 3:88-CV-1604-O; Inclusive Communities Project, Inc. vs. The Town of Sunnyvale, Texas - 3/4/10 Injunction Hearing heard before the Honorable Reed O Connor, United States District Judge.

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 238 | 4.25 | 1011.50 | 238 | .90 | 214.20 | | | | 1225.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): See above. | **TOTAL** | 1225.70 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | **TOTAL REFUNDED** | |
| | **TOTAL DUE** | 1225.70 |

### ADDITIONAL INFORMATION

FullFull price may be changed only if the transcript is Full price may be changed only if the transcript is delivered withFull price n expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

II certify that the transcript fees charged and page format used comply with the requirements of this couI certify that the transcript fo Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| | 4/2/2010 |

*(All previous editions of this form are canceled and should be destroyed.)*

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

DANIEL & BESHARA, PC

6714

DFW Court Reporting, Inc.
Court Rpt:Crt Rpt depo         copy of transcript - 3/4/10        4/5/2010        1,225.70



Chase        ICP v. Sunnyvale; Case No. 3:88-cv-1604        1,225.70



OVERVIEW    CONTACT AND MAP

### Ms. Susan A. Landgraf

| | |
|---|---|
| Bar Card Number: | 00784702 |
| Work Address: | 108 E 46th Street |
| | Austin, TX 78751 |
| Work Phone Number: | 866-775-3666 |
| Primary Practice Location: | Austin , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 00784702 |
| Texas License Date: | 11/06/1992 |

PRACTICE INFORMATION

| | |
|---|---|
| Firm: | None Reported By Attorney |
| Firm Size: | 6 to 10 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Consumer, Creditor-Debtor |
| Services Provided: | Language translation:  **Not Specified** |
| | Hearing impaired translation:  **Not Specified** |
| | ADA-accessible client service:  **Not Specified** |
| Languages Spoken: | None Reported By Attorney |

COURTS OF ADMITTANCE

**Federal**

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | 05/1992 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

PUBLIC DISCIPLINARY HISTORY

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  02/16/2009

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

29



:: Find a Lawyer
:: Search Our Site
:: MyAzb@rf

:: Who We Are    :: Legal Resources    :: Working with Lawyers    :: Lawyers Helping You    :: For Lawyers    :: News Center



## Mr. Marshall Scott Meyers

|  |  |
| --- | --- |
| **Firm/Organization:** | Weisberg & Meyers LLC |
| **Mailing Address:** | 5025 North Central #602 |
| | Phoenix, AZ 85012-1520 |
| **County:** | Maricopa |
| **Telephone:** | 602-445-9819 |
| **Fax:** | 866-565-1327 |
| | Email |
| **Law School:** | John Marshall- Chicago |
| **Admitted to Practice:** | 2000 |
| **Admitted to AZ Bar:** | October 23, 2000 |
| **Jurisdiction:** | Arizona |
| **Professional Liability Insurance:** | Yes |
| **Status:** | Active |
| **Activity**[1]**:** | This lawyer currently has no activity. |

**1**    This Web site displays changes in membership status and disciplinary actions taken against a lawyer. It does not include pending disciplinary proceedings.

This Web site does not display all lawyer sanctions, such as informal reprimands. Contact the State Bar of Arizona at 602-340-7384 or use the automated form to confirm the lawyer's entire record of activity.

Print This Page          Search Again

Legal   Copyright © 2004-2010, State Bar of Arizona. All Rights Reserved

Portal Home

| Member ID | Name | Member Type | License Status | Firm | City | Address | Phone | Fax | E-mail | Law School | Graduated | Bar Admission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13126 | Trigsted, Joshua R | Attorney - Motion | Active | Trigsted Law Group, P.C. | Phoenix | 5200 SW Meadows Rd Ste 150 Phoenix, Arizona 85012 U.S.A. | 888-595-9111 | 866-927-5826 | jtrigsted@attorneysforconsumers.com | University of Oregon | 2006 | 05/18/2010 |

1

OVERVIEW    CONTACT AND MAP

### Mr. William C. Bundren

| | |
|---|---|
| Bar Card Number: | 03343200 |
| Work Address: | 2591 Dallas Parkway; Ste. 300<br>Frisco, TX 75034 |
| Work Phone Number: | 972-624-5338 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

### LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 03343200 |
| Texas License Date: | 11/12/1979 |

### PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Wm Charles Bundren & Assoc PC |
| Firm Size: | Solo |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation: **Not Specified** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| Languages Spoken: | None Reported By Attorney |

### COURTS OF ADMITTANCE

**Federal**

US Supreme Court

US Tax Court

Fifth Circuit Court of Appeals

Eleventh Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

### LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Texas Tech University | 05/1979 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

### PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History -- Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 05/22/2003

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is*

32

OVERVIEW    CONTACT AND MAP

**Mr. John A. Koepke**

| | |
|---|---|
| Bar Card Number: | 11653200 |
| Work Address: | 901 Main St Ste 6000 |
| | Dallas, TX 75202-3748 |
| Work Phone Number: | 214-953-6005 |
| Primary Practice Location: | DALLAS , Texas |

Current Member Status
Eligible To Practice In Texas

In cooperation with

### LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 11653200 |
| Texas License Date: | 02/27/1985 |

### PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Jackson Walker, LLP |
| Firm Size: | Over 200 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Labor-Employment |
| Services Provided: | Language translation: Not Specified |
| | Hearing impaired translation: Not Specified |
| | ADA-accessible client service: Not Specified |
| Languages Spoken: | None Reported By Attorney |

### LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Kansas | 05/1976 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

### COURTS OF ADMITTANCE

**Federal**

US Supreme Court

Fifth Circuit Court of Appeals

Eighth Circuit Court of Appeals

Tenth Circuit Court of Appeals

Missouri Western District/Bankruptcy Court

Texas Eastern District Court

Texas Northern District Court

Texas Western District Court

**Other Courts**

Missouri - all circuits - Local - Trial Court

OTHER STATES LICENSED

Missouri

### PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|
| No Public Disciplinary History — Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:** 11/06/2007

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

33

OVERVIEW    CONTACT AND MAP



**Mr. Hal Keith Gillespie**

| | | |
|---|---|---|
| Bar Card Number: | 07925500 | |
| Work Address: | 3402 Oakgrove Ave Ste200 Dallas, TX 75204 | |
| Work Phone Number: | 214-720-2009 | |
| Primary Practice Location: | DALLAS , Texas | |

Current Member Status
**Eligible To Practice In Texas**       { CONTACT THIS LAWYER }

In cooperation with

## LICENSE INFORMATION

| | |
|---|---|
| **Bar Card Number:** | 07925500 |
| **Texas License Date:** | 09/25/1972 |



Labor and Employment Law

**COURTS OF ADMITTANCE**
**Federal**
None Reported By Attorney

## PRACTICE INFORMATION

| | |
|---|---|
| **Firm:** | Gillespie, Rozen, Watsky PC |
| **Firm Size:** | 6 to 10 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Area:** | Labor-Employment |
| **Services Provided:** | None Reported By Attorney |
| **Languages Spoken:** | Spanish |

**Other Courts**
None Reported By Attorney

**OTHER STATES LICENSED**
None Reported By Attorney

## LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | | |

## PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  01/31/2006

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (\*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*

34

OVERVIEW    CONTACT AND MAP

### Mr. W. Michael Byrd Jr.

| | |
|---|---|
| Bar Card Number: | 03564500 |
| Work Address: | 901 Main St Ste 6000 |
| | Dallas, TX 75202 |
| Work Phone Number: | 214-953-6000 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 03564500 |
| Texas License Date: | 12/04/1973 |

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Jackson & Walker LLP |
| Firm Size: | Over 200 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

**COURTS OF ADMITTANCE**

**Federal**

US Supreme Court

Third Circuit Court of Appeals

Fifth Circuit Court of Appeals

Texas Northern District Court

**Other Courts**

None Reported By Attorney

**OTHER STATES LICENSED**

None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Harvard University | 06/1973 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  06/23/2003

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

OVERVIEW    CONTACT AND MAP

**Ms. Janette Johnson**
Bar Card Number:        10744020
Work Address:           2601 Welborn St
                        Dallas, TX 75219-4035
Work Phone Number:      214-522-4090
Primary Practice Location:  DALLAS , Texas

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

**LICENSE INFORMATION**
Bar Card Number:        10744020
Texas License Date:     04/14/1989



Labor and Employment Law

**COURTS OF ADMITTANCE**
**Federal**
US Supreme Court
Fifth Circuit Court of Appeals

**PRACTICE INFORMATION**
| | |
|---|---|
| Firm: | None Reported By Attorney |
| Firm Size: | 2 to 5 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Labor-Employment |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

**Other Courts**
None Reported By Attorney

**OTHER STATES LICENSED**
California
District Of Columbia

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Antioch School Of Law | 05/1976 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 11/15/2003

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an

36

OVERVIEW    CONTACT AND MAP

### Mr. Richard P. Colquitt

| | | |
|---|---|---|
| Bar Card Number: | 04626565 | |
| Work Address: | 1301 McKinney St Ste 5100 Houston, TX 77010-3095 | |
| Work Phone Number: | 713-651-5611 | |
| Primary Practice Location: | HOUSTON , Texas | |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 04626565 |
| Texas License Date: | 10/30/1981 |

**COURTS OF ADMITTANCE**

**Federal**
None Reported By Attorney

**Other Courts**
None Reported By Attorney

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Fulbright & Jaworski L.L.P. |
| Firm Size: | 61 to 100 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation: **Not Specified** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| Languages Spoken: | None Reported By Attorney |

**OTHER STATES LICENSED**
None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 05/1981 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|
| No Public Disciplinary History -- Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:** 07/30/2008

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an

37

OVERVIEW     CONTACT AND MAP

## Judge William J. Boyce

| | |
|---|---|
| **Bar Card Number:** | 02760100 |
| **Work Address:** | 1307 San Jacinto 11th Floor<br>Houston, TX 77002 |
| **Work Phone Number:** | 713-655-2800 |
| **Primary Practice Location:** | HOUSTON , Texas |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| **Bar Card Number:** | 02760100 |
| **Texas License Date:** | 11/03/1989 |

**BOARD CERTIFIED**

Civil Appellate Law

**COURTS OF ADMITTANCE**

**Federal**

US Supreme Court

Fifth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Tenth Circuit Court of Appeals

Eleventh Circuit Court of Appeals

Federal Circuit Court of Appeals

Texas Southern District/Bankruptcy Court

**Other Courts**

None Reported By Attorney

**PRACTICE INFORMATION**

| | |
|---|---|
| **Firm:** | 14th Court of Appeals |
| **Firm Size:** | Solo |
| **Occupation:** | Full-Time Judge |
| **Primary Practice Area:** | None Reported By Attorney |
| **Services Provided:** | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| **Languages Spoken:** | None Reported By Attorney |

**OTHER STATES LICENSED**

None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Northwestern University | 05/1988 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History – Texas

*\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  01/29/2008

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

38

OVERVIEW    CONTACT AND MAP

## Mr. Floyd Clardy III

| | |
|---|---|
| Bar Card Number: | 04268010 |
| Work Address: | 12225 Greenville Avenue Dallas, TX 75243 |
| Work Phone Number: | 214-361-8885 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

### LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 04268010 |
| Texas License Date: | 09/15/1989 |

### PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Dedman & Handschuch |
| Firm Size: | 2 to 5 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Criminal, Environmental, Litigation: Commercial |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

### COURTS OF ADMITTANCE

**Federal**

US Supreme Court

Fifth Circuit Court of Appeals

Eighth Circuit Court of Appeals

District of Columbia Circuit Court of Appeals

Arkansas Eastern District Court

Arkansas Western District Court

Texas Eastern District Court

Texas Northern District Court

**Other Courts**

None Reported By Attorney

**OTHER STATES LICENSED**

Arkansas

District Of Columbia

### LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Arkansas: Fayet | 05/1973 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

### PUBLIC DISCIPLINARY HISTORY

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|
| No Public Disciplinary History — Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:**  10/20/2008

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

OVERVIEW     CONTACT AND MAP

### Ms. Linda Marie Dedman

| | |
|---|---|
| Bar Card Number: | 24007098 |
| Work Address: | 12225 Greenville Avenue<br>Dallas, TX 75243 |
| Work Phone Number: | 214-363-8882 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

{ CONTACT THIS LAWYER }

In cooperation with

#### LICENSE INFORMATION

| | |
|---|---|
| **Bar Card Number:** | 24007098 |
| **Texas License Date:** | 11/06/1998 |

#### PRACTICE INFORMATION

| | |
|---|---|
| **Firm:** | Dedman & Handschuch |
| **Firm Size:** | 2 to 5 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Area:** | Appellate, Business, Consumer, Insurance, Litigation: Commercial |
| **Services Provided:** | Language translation: **Not Specified** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| **Languages Spoken:** | None Reported By Attorney |

#### COURTS OF ADMITTANCE

**Federal**

Fifth Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

#### LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/1998 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

#### PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History – Texas

*\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 08/14/2008

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is*

40

OVERVIEW    CONTACT AND MAP

### Ms. Elizabeth Ann Handschuch

| | |
|---|---|
| Bar Card Number: | 08903950 |
| Work Address: | 12225 Greenville Avenue Dallas, TX 75243 |
| Work Phone Number: | 214-363-6468 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 08903950 |
| Texas License Date: | 05/01/1992 |

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Dedman and Handschuch |
| Firm Size: | 2 to 5 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

**COURTS OF ADMITTANCE**

**Federal**

Third Circuit Court of Appeals

Fifth Circuit Court of Appeals

New Jersey District Court

Pennsylvania Eastern District Court

Texas Eastern District Court

Texas Northern Bankruptcy Court

Texas Northern District Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

**OTHER STATES LICENSED**

New Jersey

Pennsylvania

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Rutgers-the State University: | 05/1989 | Doctor of Comparative Law |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  07/13/2006

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (\*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will*

OVERVIEW    CONTACT AND MAP



**Mr. Don A. 'Don' Tittle Jr.**

| | |
|---|---|
| Bar Card Number: | 20080200 |
| Work Address: | 3102 Maple Avenue, Suite 450<br>Dallas, TX 75201 |
| Work Phone Number: | 214-522-8400 |
| Primary Practice Location: | DALLAS , Texas |

In cooperation with

Current Member Status
Eligible To Practice In Texas

( CONTACT THIS LAWYER )

---

LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 20080200 |
| Texas License Date: | 11/03/1989 |

PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Law Offices of Don Tittle |
| Firm Size: | Solo |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Criminal, Litigation: Personal Injury |
| Services Provided: | Language translation:  **Not Specified** |
| | Hearing impaired translation:  **Not Specified** |
| | ADA-accessible client service:  **Not Specified** |
| Languages Spoken: | None Reported By Attorney |

COURTS OF ADMITTANCE

**Federal**

Fifth Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

---

LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 05/1989 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

---

PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date<br>Start - End | Probation Date<br>Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date<br>Start - End |
|---|---|---|

None Reported By Attorney

---

**Statutory Profile Last Certified On:**  06/02/2010

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is*

42

OVERVIEW    CONTACT AND MAP

### Ms. Debbie Branscum

| | |
|---|---|
| Bar Card Number: | 02897300 |
| Work Address: | P.O. Box 394 Bedford, TX 76095-0394 |
| Work Phone Number: | 214-206-1975 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

## LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 02897300 |
| Texas License Date: | 11/01/1991 |

## PRACTICE INFORMATION

| | |
|---|---|
| Firm: | None Reported By Attorney |
| Firm Size: | Solo |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Yes |
| Languages Spoken: | None Reported By Attorney |

## COURTS OF ADMITTANCE

**Federal**

US Supreme Court

Fifth Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

## LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/1991 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

## PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  05/27/2003

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

43

OVERVIEW    CONTACT AND MAP

### Mr. M. Brenk Johnson

| | | |
|---|---|---|
| Bar Card Number: | 00787777 | |
| Work Address: | 1445 Ross Ave | |
| | Dallas, TX 75202 | |
| Work Phone Number: | 214-922-7162 | |
| Primary Practice Location: | DALLAS , Texas | |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

**LICENSE INFORMATION**
| | |
|---|---|
| Bar Card Number: | 00787777 |
| Texas License Date: | 11/05/1993 |

**BOARD CERTIFIED**

Labor and Employment Law

**COURTS OF ADMITTANCE**
**Federal**
US Supreme Court
Fifth Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court
**Other Courts**
None Reported By Attorney

**OTHER STATES LICENSED**
None Reported By Attorney

**PRACTICE INFORMATION**
| | |
|---|---|
| Firm: | Crouch & Ramey LLP |
| Firm Size: | Over 200 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Labor-Employment |
| Services Provided: | Language translation: **Yes** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Yes** |
| Languages Spoken: | None Reported By Attorney |

**LAW SCHOOLS**
| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/1993 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**
**State of Texas***
| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History – Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**
| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 07/16/2004

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

44





SEARCH

**FEATURED RESOURCES**

EVENTS    MORE ►

*Practical Solutions to
New Trends and
Developments in
Employment Law*
Four Seasons Hotel -
Main Ballroom
One Logan Square
Philadelphia, PA
June 9, 2010

PUBLICATIONS    LIST ►

NEWS    MORE ►

*Courthouse Is Needed
Now*
July 11, 2010

RECOGNITION    MORE ►

*Chambers USA 2010
Recognizes More
Blank Rome Attorneys
and Practices*
June 11, 2010

**SERVICES**
Employment
Traditional Labor Law
Litigation

**ADMISSIONS**
Pennsylvania
New Jersey
Supreme Court of the
United States
U.S. Court of Appeals
for the First Circuit
U.S. Court of Appeals
for the Third Circuit
U.S. Court of Appeals
for the Eleventh Circuit
U.S. District Court -
Central District of Illinois
U.S. District Court -
Eastern District of
Pennsylvania
U.S. District Court -
Nebraska
U.S. District Court -
New Jersey
U.S. District Court -
Northern District of
Texas
U.S. District Court -
Western District of New
York

**MEMBERSHIPS**
American Bar
Association
Pennsylvania Bar
Association
Philadelphia Bar
Association
Republican Municipal
Committee of Burlington
County
Temple University
Alumni Association

**EDUCATION**

PRINT    EMAIL    vCARD

## Scott F. Cooper  Partner

Philadelphia, PA    v. 215.569.5487    f. 215.832.5487
Cooper@BlankRome.com

Scott Cooper's practices involve litigation and business counseling. He is one of the Firm's leading employment law litigators and proactively advises business and government clients on deals and contracting.

Mr. Cooper focuses his practice on complex disputes in federal and state courts and before various government agencies throughout the country. He has a diverse client base, representing large publicly traded corporations, start-ups, partnerships, and government entities. He has represented clients in many areas, including:

- restrictive covenants and trade secrets litigation
- defending race, disability, age and gender discrimination matters
- overtime and wage payment issues
- family, medical leave and disability claims
- police and firefighter matters
- labor relations including negotiations and arbitration cases
- electronic surveillance, technology policies and privacy issues
- reductions in force

Mr. Cooper has also handled a number of cases involving complex matters in the areas of funding public housing, state takeover legislation, public education, and professional sports. He previously served as the Firm's Philadelphia hiring partner.

In addition to his legal practice, Mr. Cooper is Chancellor of the 13,500-member Philadelphia Bar Association and also serves on the Judicial Selection Commission. He serves as spokesperson for all the attorney members of the Bar and the judiciary. He is focusing the bar's resources on assisting lawyers in all practice areas, increasing the bar's connection with regional institutions and strengthening the independence of the judiciary.

Prior to joining Blank Rome, Mr. Cooper was a judicial law clerk to the Honorable Herbert J. Hutton of the United States District Court for the Eastern District of Pennsylvania and an academic intern for the Chief Judge of the United States Court of Appeals for the Third Circuit. Mr. Cooper is a certified court arbitrator.

Mr. Cooper is recognized by *Chambers USA* as a leader in labor and employment law. *Chambers* notes "clients commend his *'strong strategic vision and analytical prowess, bolstered by a practical business approach.'*" He has also received the highest possible rating from Martindale-Hubbell.

He has won numerous other professional awards, including the prestigious *Pennsylvania Law Weekly's* and *Legal Intelligencer's* "Lawyer on the Fast Track," and *Philadelphia Business Journal's* "Forty under Forty."

Mr. Cooper has appeared in over 25 published legal decisions. He lectures across the country and presents on television on numerous legal matters.

REPRESENTATIVE MATTERS

45

Temple University
Beasley School of Law,
JD, cum laude, 1992

Vassar College, BA,
1987

Some of the many matters Mr. Cooper has handled recently include:

- Major automotive and truck components manufacturer as lead counsel defending multi-employee race-discrimination suit
- Philadelphia professional sports team in settling public access policies
- Major financial institutions in litigation of age and disability discrimination
- Major medical implant supplier as counsel defending violations of non-compete agreements and misappropriation of trade secrets
- Major healthcare institution as counsel on numerous labor arbitrations and court proceedings
- Major municipality as counsel on labor, police, and firefighter labor and employment relations
- Major lender in theft of trade secrets and confidential data

COMMUNITY SERVICE & AFFILIATIONS

Mr. Cooper's public and community service also includes his serving as a member of the Temple University Alumni Association Board of Directors. He was previously an adjunct professor of law at Temple University. Mr. Cooper is an elected official in his township and member of its Ethics Board and its Recreation Advisory Committee. He serves on the Board of the Volunteers for the Indigent Program.

CLIENT ACCESS | CONTACT US | DISCLAIMER | SITE MAP                          © 2010 Blank Rome LLP. All Rights Reserved.





SEARCH

**FEATURED RESOURCES**

EVENTS    LIST ►

PUBLICATIONS    MORE ►

*TIME IS RUNNING OUT FOR H-1B FILINGS: Deadline is April 1, 2010* Employment, Benefits & Labor Alert

NEWS    MORE ►

*Atlantic Marine, a J.F. Lehman Portfolio Company, Acquires Boston Ship Repair* January 6, 2009

CASES / DEALS    LIST ►

## SERVICES
Employment

Traditional Labor Law

## ADMISSIONS
Ohio

Pennsylvania

U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Appeals for the Third Circuit

U.S. District Court - Arizona

U.S. District Court - Eastern District of Pennsylvania

U.S. District Court - Northern District of Ohio

## MEMBERSHIPS
American Bar Association

Jewish Federation of Greater Philadelphia

Ohio State Bar Association

Pennsylvania Bar Association

Philadelphia Bar Association

University of Wisconsin Alumni Association

## EDUCATION
Case Western Reserve University School of Law, JD, 1995

University of Wisconsin, BBA, 1992

### Donald D. Gamburg   Partner
Philadelphia, PA    v. 215.569.5330    f. 215.832.5330
Gamburg@BlankRome.com

Donald Gamburg concentrates his practice in the area of labor and employment law. Mr. Gamburg has extensive experience representing clients in matters concerning:

* equal employment opportunity matters before federal, state, and local agencies
* federal and state employment litigation involving discrimination, harassment, trade secrets, restrictive covenants, wage and hour, FMLA, ERISA, wrongful discharge, torts, and breach of contract
* unfair labor practice and representation proceedings before the National Labor Relations Board
* labor arbitration involving discharge, discipline, and contract interpretation
* negotiation of collective bargaining agreements
* daily consulting on all areas of labor and employment law
* drafting and negotiating executive employment agreements, severance agreements, and restrictive covenant agreements
* drafting employee handbooks and employment policies
* due diligence and negotiation of labor and employment aspects of corporate transactions

### REPRESENTATIVE MATTERS

* Wire and cable manufacturing company in a federal national origin discrimination lawsuit brought against the company by EEOC
* University in numerous labor arbitrations involving discharge, discipline, and contract interpretation
* Tugboat Company in successful labor arbitration establishing supervisory status of tugboat captains
* Mortgage company in daily consultation on employment, wage and hour, and restrictive covenant issues
* Software company in due diligence and negotiation on labor and employment aspects of numerous corporate acquisitions
* Surgical instrument company in state court enforcement of restrictive covenant agreements

### COMMUNITY SERVICE & AFFILIATIONS

Mr. Gamburg is a Homeless Advocacy Project volunteer. He also serves as a 2006 committee member for the Jewish Federation of Greater Philadelphia, Ben Gurion Society, and is a member of the University of Wisconsin Alumni Association, Philadelphia Club.

© 2010 Blank Rome LLP. All Rights Reserved.

OVERVIEW    CONTACT AND MAP

Mr. Spencer C. Barasch

| | |
|---|---|
| Bar Card Number: | 00789075 |
| Work Address: | 1717 Main St Ste 3700 Dallas, TX 75201 |
| Work Phone Number: | 214-659-4685 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 00789075 |
| Texas License Date: | 04/08/1994 |

COURTS OF ADMITTANCE

**Federal**
Tenth Circuit Court of Appeals

**Other Courts**
None Reported By Attorney

PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Andrews Kurth LLP |
| Firm Size: | None Specified |
| Occupation: | Government Lawyer |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation:   Not Specified |
| | Hearing impaired translation:   Not Specified |
| | ADA-accessible client service:   Not Specified |
| Languages Spoken: | None Reported By Attorney |

OTHER STATES LICENSED
District Of Columbia

LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Tulsa | 05/1984 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

PUBLIC DISCIPLINARY HISTORY

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5533. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  02/06/2006

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

48

OVERVIEW    CONTACT AND MAP

### Ms. Kathleen J. Wu

| | |
|---|---|
| Bar Card Number: | 22083475 |
| Work Address: | 1717 Main St Ste 3700 Dallas, TX 75201-0000 |
| Work Phone Number: | 214-659-4448 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
Eligible To Practice In Texas

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 22083475 |
| Texas License Date: | 05/08/1987 |

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Andrews Kurth LLP |
| Firm Size: | Over 200 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | None Reported By Attorney |
| Languages Spoken: | None Reported By Attorney |

**COURTS OF ADMITTANCE**

**Federal**
None Reported By Attorney

**Other Courts**
None Reported By Attorney

**OTHER STATES LICENSED**
Connecticut
New York

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| George Washington University | 05/1985 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 07/16/2004

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*

49

OVERVIEW    CONTACT AND MAP

**Mr. Joe Holzer**
Bar Card Number:     09933800
Work Address:     600 Travis Suite 4200
     Houston, TX 77002-5009
Work Phone Number:     713-220-4172
Primary Practice Location:     HOUSTON , Texas

Current Member Status
Eligible To Practice In Texas

{ CONTACT THIS LAWYER }
{ VISIT LAWYER WEBSITE }

In cooperation with

**LICENSE INFORMATION**
Bar Card Number:     09933800
Texas License Date:     11/01/1976

WEBSITE
akllp.com

COURTS OF ADMITTANCE
**Federal**
Fifth Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court
**Other Courts**
None Reported By Attorney

**PRACTICE INFORMATION**
Firm:     Andrews & Kurth LLP
Firm Size:     Over 200
Occupation:     Private Law Practice
Primary Practice Area:     Litigation: Commercial
Services Provided:     None Reported By Attorney
Languages Spoken:     None Reported By Attorney

OTHER STATES LICENSED
None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
| --- | --- | --- |
| University Of Houston | 05/1976 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**
**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
| --- | --- | --- | --- |

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
| --- | --- | --- |

None Reported By Attorney

**Statutory Profile Last Certified On:**  09/14/2004

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*

50

OVERVIEW    CONTACT AND MAP

### Ms. Monica Susan Blacker

| | |
|---|---|
| Bar Card Number: | 00796534 |
| Work Address: | 1717 Main Street Suite 3700 Dallas, TX 75201 |
| Work Phone Number: | 214-659-4576 |
| Primary Practice Location: | DALLAS , Texas |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

### LICENSE INFORMATION

| | |
|---|---|
| **Bar Card Number:** | 00796534 |
| **Texas License Date:** | 11/01/1996 |

### PRACTICE INFORMATION

| | |
|---|---|
| **Firm:** | Andrews & Kurth LLP |
| **Firm Size:** | Over 200 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Area:** | Creditor-Debtor |
| **Services Provided:** | Language translation: **Not Specified** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| **Languages Spoken:** | None Reported By Attorney |

### COURTS OF ADMITTANCE

**Federal**

Texas Eastern Bankruptcy Court

Texas Eastern District Court

Texas Northern Bankruptcy Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

Texas Western Bankruptcy Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

### LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/1996 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

### PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 07/16/2004

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

51

OVERVIEW    CONTACT AND MAP

**Ms. Darla Kaye Stockton Roden**

| | |
|---|---|
| Bar Card Number: | 24003011 |
| Work Address: | 1717 Main St Ste 3700 Dallas, TX 75201 |
| Work Phone Number: | 214-659-4440 |
| Primary Practice Location: | DALLAS , Texas |

Current Member Status
Eligible To Practice In Texas

In cooperation with

LICENSE INFORMATION

| | |
|---|---|
| Bar Card Number: | 24003011 |
| Texas License Date: | 11/07/1997 |

PRACTICE INFORMATION

| | |
|---|---|
| Firm: | Andrews Kurth LLP |
| Firm Size: | None Specified |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Litigation: Commercial |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

COURTS OF ADMITTANCE

**Federal**

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

OTHER STATES LICENSED

None Reported By Attorney

LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Virginia | 05/1997 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

PUBLIC DISCIPLINARY HISTORY

**State of Texas***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History — Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For
sanction information beyond 10 years, information about a specific disciplinary sanction
listed above or to request a copy of a disciplinary judgement, please contact the Office of the
Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary
judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

Statutory Profile Last Certified On:  08/21/2006

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in
Texas. Attorney profile information is provided as a public service by the State Bar of Texas as
outlined in Section 81.115 of the Texas Government Code. The information contained herein is
provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of
Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the
accuracy of the data. Much of the information has been provided by the attorney and is
required to be reviewed and updated by the attorney annually. The information noted with an*

52

OVERVIEW    CONTACT AND MAP

**Ms. Lori Lustberg Smith**

| | | |
|---|---|---|
| Bar Card Number: | 24007576 | |
| Work Address: | 1717 Main St Ste 3700 Dallas, TX 75201 | |
| Work Phone Number: | 214-659-4647 | |
| Primary Practice Location: | DALLAS , Texas | |

**Current Member Status**
**Eligible To Practice In Texas**

In cooperation with

## LICENSE INFORMATION

| | |
|---|---|
| **Bar Card Number:** | 24007576 |
| **Texas License Date:** | 11/06/1998 |

## PRACTICE INFORMATION

| | |
|---|---|
| **Firm:** | Andrews Kurth LLP |
| **Firm Size:** | Over 200 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Area:** | Real Estate |
| **Services Provided:** | Language translation: **Not Specified** |
| | Hearing impaired translation: **Not Specified** |
| | ADA-accessible client service: **Not Specified** |
| **Languages Spoken:** | None Reported By Attorney |

## COURTS OF ADMITTANCE

**Federal**

Fifth Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

Texas Western District Court

**Other Courts**

None Reported By Attorney

## OTHER STATES LICENSED

None Reported By Attorney

## LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/1998 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

## PUBLIC DISCIPLINARY HISTORY

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History – Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 07/16/2004

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

OVERVIEW    CONTACT AND MAP

### Mr. Mark Aaron Shoffner

| | |
|---|---|
| Bar Card Number: | 24037490 |
| Work Address: | 1717 Main Street Suite 3700 Dallas, TX 75201 |
| Work Phone Number: | 214-659-4709 |
| Primary Practice Location: | Dallas , Texas |

Current Member Status
Eligible To Practice In Texas

{ VISIT LAWYER WEBSITE }

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 24037490 |
| Texas License Date: | 11/06/2002 |

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Andrews Kurth LLP |
| Firm Size: | 61 to 100 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | None Reported By Attorney |
| Services Provided: | Language translation: Not Specified |
| | Hearing impaired translation: Not Specified |
| | ADA-accessible client service: Not Specified |
| Languages Spoken: | None Reported By Attorney |

**WEBSITE**

www.andrewskurth.com

**COURTS OF ADMITTANCE**

**Federal**

Fifth Circuit Court of Appeals

Texas Eastern District Court

Texas Northern District Court

Texas Southern District/Bankruptcy Court

**Other Courts**

None Reported By Attorney

**OTHER STATES LICENSED**

None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Southern Methodist University | 05/2002 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**PUBLIC DISCIPLINARY HISTORY**

**State of Texas\***

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|

No Public Disciplinary History -- Texas

*"NOTE": Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.*

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:** 02/16/2006

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an*

54

OVERVIEW    CONTACT AND MAP

**Ms. Ashley Justine McDonald Martzen**

| | |
|---|---|
| Bar Card Number: | 24060232 |
| Work Address: | 1717 Main Street; Ste. 3700<br>Dallas, TX 75201 |
| Work Phone Number: | 214-659-4412 |
| Primary Practice Location: | Dallas , Texas |

**Current Member Status**
**Eligible To Practice In Texas**          { VISIT LAWYER WEBSITE }

In cooperation with

**LICENSE INFORMATION**

| | |
|---|---|
| Bar Card Number: | 24060232 |
| Texas License Date: | 11/02/2007 |

**PRACTICE INFORMATION**

| | |
|---|---|
| Firm: | Andrews Kurth |
| Firm Size: | 61 to 100 |
| Occupation: | Private Law Practice |
| Primary Practice Area: | Real Estate |
| Services Provided: | Language translation:  Not Specified |
| | Hearing impaired translation:  Not Specified |
| | ADA-accessible client service:  Not Specified |
| Languages Spoken: | None Reported By Attorney |

**WEBSITE**
www.andrewskurth.com

**COURTS OF ADMITTANCE**
**Federal**
None Reported By Attorney

**Other Courts**
None Reported By Attorney

**OTHER STATES LICENSED**
None Reported By Attorney

**LAW SCHOOLS**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Oklahoma | | |

**PUBLIC DISCIPLINARY HISTORY**
**State of Texas***

| Sanction | Date of Entry | Sanction Date<br>Start - End | Probation Date<br>Start - End |
|---|---|---|---|

No Public Disciplinary History – Texas

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date<br>Start - End |
|---|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**  09/24/2008

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will*

55

Respectfully Submitted,

/s/ Michael M. Daniel
Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net
Attorney for Plaintiff

Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
Attorney for Plaintiff

Certificate of Service

I certify that on July 30, 2010 I electronically filed this document with the Clerk of the U.S. District Court for the Northern District of Texas using the electronic case filing system. This was also the method of service of this document upon counsel for the defendant in this case.

s/ Michael M. Daniel
Michael M. Daniel